AUSA John O'Brien Telephone (313) 226-9100
Special Agent Devallons Desmarets Telephone (313) 496-2155

AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v
Kevin Sherroy Johnson

Case 2 20-mj-30030
Judge Unassigned,
Filed 01-23-2020
CMP USA v JOHNSON (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief

On or about the date(s) of __January 22, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated

| Code Section | Offense Description |
|---|---|
| 18 U S C § 922(g)(1) | Felon in possession of firearm and ammunition |

This criminal complaint is based on these facts
See Attached Affidavit

☑ Continued on the attached sheet

_Complainant's signature_

Devallons Desmarets, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence

Date __JAN 23 2020__

_Judge's signature_

City and state  Detroit, MI

Elizabeth A Stafford, United States Magistrate Judge
_Printed name and title_

I, Devallons Desmarets, being duly sworn, hereby depose and state the following

## INTRODUCTION AND AGENT BACKGROUND

1       I am a Special Agent (SA) with Homeland Security Investigations ("HSI"), of the United States Department of Homeland Security ("DHS") I am assigned to the HSI Detroit field office in Detroit, Michigan I have been employed with HSI since December 2008   I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program and the Legacy United States Customs Narcotic Canine Enforcement Training program at the Federal Law Enforcement Training Center in Glynco, Georgia  I have a combined total of approximately twenty (20) years of experience as a federal law enforcement officer  The following is based upon my personal investigation as well as statements from fellow law enforcement officers

2       The information set forth below is for the limited purpose of establishing probable cause that Kevin Sherroy JOHNSON (DOB XX/XX/1968) is in violation of 18 United States Code, Section 922 (g)(1), Felon in Possession of a Firearm and Ammunition  Therefore, this affidavit does not necessarily contain all of the information collected during my investigation, but includes only those facts necessary to establish probable cause

3      On January 22, 2020, Kevin Sherroy Johnson was encountered by Canadian Border Services Agency (CBSA) personnel while operating a white 4 door Chevy Equinox with a Michigan license plate bearing the number of EAK 2694, after JOHNSON crossed the Detroit Ambassador Bridge from United States into Canada. JOHNSON was the sole occupant of the vehicle. When encountered by CBSA, JOHNSON stated that he made the wrong turn. CBSA attempted to direct JOHNSON back to the United States at which time JOHNSON appeared to be nervous and unable to navigate his vehicle to the auto lanes that would enable his return to the United States. JOHNSON was subsequently directed to CBSA secondary for inspection by CBSA personnel. During the inspection JOHNSON declared to CBSA personnel that there was a firearm in the glove compartment of the vehicle he was operating. JOHNSON was detained by CBSA.

4      A European American Armory Corp., Astra Model A-100 9mm firearm loaded with 16 rounds of 9mm ammunition was found in the vehicle's glove compartment and taken into possession by CBSA. A search of the vehicle by CBSA also resulted in several baggies of marijuana (41 grams) also being found and seized by CBSA from the vehicle operated by JOHNSON.

5      On January 22, 2020, at approximately 18:23 hours JOHNSON was escorted back to the United States by CBSA and placed in Customs and Border Protection Custody. The European American Armory Corp, Astra Model A-100

9mm firearm, 9mm magazine and 16 rounds of 9mm ammunition were turned over to CBP

6. JOHNSON was interviewed by CBP Officers and stated that he had just been released from prison for homicide, he spent the last 32 years in prison and was released in October of 2019. JOHNSON stated that he is on probation. When asked about the marijuana and the gun found in the vehicle, JOHNSON stated that he had no idea that it was in the vehicle. JOHNSON stated that the vehicle is registered to his fiancé.

7. JOHNSON was finger printed by CBP Officers with results to a valid FBI number and Michigan State ID #1398253K to the name of Kevin JOHNSON aka Kevin KNIGHT (DOB XX/XX/1968). The FBI number came back positive to Michigan State criminal convictions for Weapons (felony firearm) and Homicide-Murder-second degree.

8. Based on my training and experience, as well as my discussions with other law enforcement officers, including law enforcement officers from the Bureau of Alcohol, Tobacco, Firearms and Explosives, I know that the European American Armory Corp, Astra Model A-100 9mm firearms are manufactured outside the State of Michigan. Therefore, the European American Armory Corp, Astra Model A-100 9mm firearm possessed by the defendant traveled in interstate commerce.

9       Based on the above information, your affiant believes that probable cause exists that on or about January 22, 2020, in the Eastern District of Michigan, Kevin Sherroy JOHNSON, a felon, knowingly possessed a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1)

Special Agent Devallons Desmarets
Homeland Security Investigations

Sworn to before me and subscribed in my presence
this 23rd Day of January 2020

Honorable Elizabeth A Stafford
United States Magistrate Judge

## **ATTACHMENT**



